■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY CASSA-BERRY, Appellant. — Judgment, Supreme Court, New York County (Horn-

blass, J.), rendered on April 28, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.